UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LISA WILLIAMS                                    CIVIL ACTION

VERSUS                                           NO. 10-1170

MICHAEL J. ASTRUE, COMMISSIONER                  SECTION "A" (2)
OF SOCIAL SECURITY ADMINISTRATION

### ORDER

Plaintiff filed objections to the magistrate judge's Report and Recommendation, and the Court ordered that those objections were to be submitted for consideration on April 27, 2011.  (Rec. Doc. 24).  The Government has not filed a formal response.

In the instant application Plaintiff sought review of the Commissioner's decision to deny DIB and SSI benefits for a period of onset from July 1, 2007.  Plaintiff sought those benefits due to a learning disability, depression, and back problems.  Via a separate application for  DIB and SSI benefits, another ALJ concluded that Plaintiff was disabled at Step 3 of the evaluation process with an onset date of February 21, 2009, because *inter alia* she meets the listing requirements for mental retardation. (Rec. Doc. 17, Volz decision at 6).  Judge Volz went on to conclude that even if Plaintiff were not disabled at Step 3 of the evaluation, a finding of disability would still be justified

at Step 5 because she would be incapable of sustained competitive employment. (<u>Id.</u>). Thus, the instant application and appeal pertain only to Plaintiff's entitlement to benefits from July 1, 2007, through February 20, 2009.

Judge Volz's reasons for concluding that Plaintiff meets the listing requirements for mental retardation are well-supported and persuasive. Notwithstanding any issues as to whether the evidence in the <u>instant</u> case demonstrates that Plaintiff's subaverage intellectual functioning manifested itself before the age of twenty-two, the Court is persuaded that Plaintiff's severe impairments preclude her from engaging in sustained competitive employment. A finding of disability at Step 5 in the evaluation process is appropriate and the ALJ's decision to the contrary is not supported by substantial evidence.

Accordingly;

**IT IS ORDERED** that Plaintiff's Objections (Rec. Doc. 25) are **GRANTED**. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for an award of benefits from July 1, 2007, through February 20, 2009.

April 27, 2011

_____
UNITED STATES DISTRICT JUDGE